# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **LINDA B. GOODWIN** | **CIVIL ACTION NO. 16-0009** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ACADIAN AMBULANCE SERVICE, INC.** | **MAG. JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 50], and after a *de novo* review of the entire record, including Plaintiff's objection, and concurring with the Magistrate Judge's findings under applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Acadian Ambulance Service, Inc.'s Motion for Summary Judgment [Doc. No. 35] is GRANTED, and Plaintiff Linda B. Goodwin's claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 11th day of January, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE